**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE BECK, | No. C 09-5853 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| K. ADAMS, correctional officer; et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a new action after he exhausts his administrative remedies.

IT IS SO ORDERED AND ADJUDGED.

Dated: August 26, 2010

_____
SUSAN ILLSTON
United States District Judge